UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 17-cr- |
| v. | : | VIOLATION: |
| **DEBORAH A. MORRISON,** | : | 18 U.S.C. § 2314 (Transportation of Money Taken by Fraud) |
| Defendant. | : | |

**INFORMATION**

The United States Attorney charges that:

Case: 1:17-cr-00106
Assigned To : Judge Boasberg, James E.
Assign. Date : 6/2/2017
Description: INFORMATION (A)

### COUNT ONE
(Transportation of Money Taken by Fraud)

From in or about December 2009, through in or about December 2015, in the District of Columbia and elsewhere, the defendant, Deborah Morrison, did unlawfully transport, transmit, and transfer in interstate commerce from the District of Columbia to the State of Maryland, stolen goods, wares and merchandise, that is, money from the Providence Hospital Medical Staff, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

(Transportation of Money Taken by Fraud, in Violation of Title 18, United States Code, Section 2314)

### FORFEITURE ALLEGATION

1. Upon conviction of the offense, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will seek a forfeiture money judgment against the defendant in the amount of $391,600.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c))**

CHANNING D. PHILLIPS
United States Attorney
for the District of Columbia

By: _____
ANTHONY SALER
D.C. Bar No. 448254
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
202.252.6971 (Saler)
Anthony.Saler@usdoj.gov